1  Donald S. Edgar (SBN 139324)
   Jeremy R. Fietz (SBN 200396
2  Rex Grady (SBN 232236)
   EDGAR LAW FIRM
3  408 College Avenue
   Santa Rosa, CA  95401
4  707-545-3200 Telephone
   707-578-3040 Facsimile
5
   JOHN J. POWERS (SBN 145623)
6  john.powers@dbr.com
   BETH O. ARNESE (SBN 241186)
7  beth.arnese@dbr.com
   Drinker Biddle & Reath LLP
8  50 Fremont Street, 20th Floor
   San Francisco, CA  94105-2235
9  Telephone:   (415) 591-7500
   Facsimile:   (415) 591-7510
10

11

12                    UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15
   IRIS BERMAN,                          )   Case No.: 10-cv-0046
16                                        )
                Plaintiff,                )
17                                        )   **STIPULATION TO CONTINUE CASE**
        vs.                               )   **MANAGEMENT CONFERENCE AND**
18                                        )   **RELATED DEADLINES; and ORDER**
   JOHNSON & JOHNSON; ORTHO-              )
19 MCNEIL PHARMACEUTICAL, INC.;           )
   JOHNSON & JOHNSON                      )
20 PHARMACEUTICAL RESEARCH &              )
   DEVELOPMENT, LLC,                      )
21                                        )
                Defendants
22 ─────────────────────────────

23

24 COMES NOW Plaintiff IRIS BERMAN ("Plaintiff") and Defendants JOHNSON &

25 JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON

26 PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC, and file this STIPULATION

27

28

SF01/ 679662.1

TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.

The Parties would respectfully show the Court the following:

1. This case is a product liability involving Levaquin®. Plaintiff has sued JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC.

2. This Court has previously entered an Order for Parties to attend a Scheduling Conference on April 14, 2010. Defendants have been recently served and have answered.

3. The United States Judicial Panel on Multidistrict Litigation ordered the transfer of federal actions that concern Levaquin® to the United States District Court for the District of Minnesota before the Honorable John Tunheim, as Multidistrict Litigation No. 08-MD-1943. The Levaquin MDL is active and now includes more than 300 cases and growing.

4. The Parties anticipate that this action will likewise be transferred to the MDL as a "Tag Along Action" pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. A Notice of Potential Tag-Along was received by the JPML on March 22, 2010 (see attached). As such, the Parties request that that the Court continue the Initial Case Management (and corresponding deadlines) to a date that is approximately 90 days hence. This should allow for conclusion of the transfer of this case to the United States District Court for the District of Minnesota, and avoid wasted party and judicial resources.

_/s/ John J. Powers_
JOHN J. POWERS
Drinker Biddle & Reath LLP

SF01/ 679662.1

```
1                                        50 Fremont Street, 20th Floor
                                         San Francisco, CA  94105-2235
2                                        Telephone:   (415) 591-7500
                                         Facsimile:    (415) 591-7510
3

4                                        _____/s/_____
                                         Jeremy R. Fietz
5                                        EDGAR LAW FIRM
                                         408 College Avenue
6                                        Santa Rosa, CA  95401
                                         Telephone 707-545-3200
7                                        Facsimile 707-578-3040
8

9

10
                                              ORDER
11

12
   PURSUANT TO STIPULATION, IT IS SO ORDERED:
13

14 Initial case management conference is hereby continued to:   July 13, 2010
                                                                                    .
15

16

17
   Dated:   April 1, 2010                 Elizabeth D. Laporte
18                                         UNITED STATES ~~DISTRICT~~ JUDGE
19                                                 MAGISTRATE

20

21

22

23

24

25

26

27

28
```

STIPULATION AND ORDER - 3

SF01/ 679662.1